```
 1  18McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2793
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )   CR-S-05-395 EJG
                                     )
12          Plaintiff,                )   FINAL ORDER OF FORFEITURE
                                     )
13      v.                           )
                                     )
14  DAVID A. BANNING                 )
                                     )
15          Defendant.                )
    _____)
16
```

17      WHEREAS, on January 26, 2006, this Court entered a Preliminary

18 Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253

19 based upon the plea agreement entered into between plaintiff and

20 defendant David A. Banning forfeiting to the United States the

21 following property:

22          a.   Hewlett Packard computer, serial number US10757014.

23      AND WHEREAS, on February 8, 15, and 22, 2006, the United States

24 published notification of the Court's Preliminary Order of

25 Forfeiture in the <u>Stockton Record</u> (San Joaquin County), a newspaper

26 of general circulation located in the county in which the subject

27 property was seized.  Said published notice advised all third

28 parties of their right to petition the court within thirty (30) days

of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of David A. Banning.

2. All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

3. The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED THIS 18th day of April, 2006.

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge